**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2258**

NOEL A. DALE,

        Plaintiff - Appellant,

    v.

TWC ADMINISTRATION LLC, a/k/a Time Warner Cable,

        Defendant – Appellee

    and

TIME WARNER CABLE,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:14-cv-00169-FL)

Submitted:  April 25, 2017                                Decided:  April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Noel A. Dale, Appellant Pro Se.  Shalanna Lee Pirtle, Stacy Kaplan Wood, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noel A. Dale appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e – 2000e-17 (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Dale v. TWC Admin., LLC*, No. 5:14-cv-00169-FL (E.D.N.C. Sept. 23, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*